**SECURITIES AND EXCHANGE COMMISSION, Plaintiff–Appellee,**

v.

**Harold F. HARRIS and Ronald E. Crews, Defendants–Appellants,**

U.N. Dollars Corp., Edward A. Durante, Carib Securities Ltd, Berksire Capital Partners, Inc., Galton, Scott & Golett, Inc., Dottenhoff Financial Ltd., Zimenn Importing and Exporting, Inc., Prudential Overseas Company, Commonwealth Associates, Ltd., Henry C. Weingarten, Exchange Bank & Trust, Inc., VJV Inc. Defendants,

v.

**United States Attorney General, Intervenor–Plaintiff.**

No. 03–6109.

United States Court of Appeals, Second Circuit.

May 13, 2004.

Harold F. Harris and Ronald E. Crews, Jacksonville, FL, for Appellants, pro se.

John W. Avery, Special Counsel (Giovanni P. Prezioso, General Counsel, Jacob H. Stillman, Solicitor, on the brief; Meyer Eisenberg, Deputy General Counsel), Securities and Exchange Commission, Washington, DC, for Appellees, of counsel.

PRESENT: FEINBERG, CABRANES, Circuit Judges and KRAVITZ, District Judge.*

### SUMMARY ORDER

For substantially the reasons stated by Judge Schwartz in his January 31, 2003 Memorandum Order granting the Securities and Exchange Commission's motion for a default judgment against appellants, the judgment of the District Court is AFFIRMED.

---

* The Honorable Mark R. Kravitz of the United States District Court for the District of Connecticut, sitting by designation.